BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PILEAS HOLDINGS S.A.,

        Plaintiff,

    v.

HONG KONG QINFA SHIPPING CO. LTD.,

        Defendant.

---

F.R. CIV. P. RULE 7.1 STATEMENT



Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
       May 29, 2008

                            Respectfully submitted,
                            BLANK ROME LLP
                            Attorneys for Plaintiff

                            By _____
                            Jeremy J.O. Harwood (JH 9012)
                            405 Lexington Avenue
                            New York, NY 10174
                            Tel.: (212) 885-5000