*Marrero, J*

BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-2-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PILEAS HOLDINGS S.A., <br><br> Plaintiff, <br><br> v. <br><br> HONG KONG QINFA SHIPPING CO. LTD., <br><br> Defendant. | **08 Civ. 4995 (VM)** <br><br> **NOTICE OF DISMISSAL** |

**WHEREAS**, on or about May 29, 2008, Plaintiff PILEAS HOLDINGS S.A. ("Plaintiff") filed this action against Defendant HONG KONG QINFA SHIPPING CO. LTD. ("Defendant") and obtained the issuance of a Writ of Attachment and Garnishment and an Order for Issuance of a Writ of Attachment and Garnishment dated on or about May 30, 2008 (collectively, the "Process of Maritime Attachment and Garnishment"); and

**WHEREAS**, the Process of Maritime Attachment and Garnishment were subsequently served on various garnishee banks in this district; and

**WHEREAS**, Plaintiff has attached funds at Bank of America in the sum of $236,000;

**WHEREAS**, Plaintiff has settled its claim against Defendant and has agreed to release all sums attached in this action and to dismiss this action without prejudice;

**WHEREAS**, Defendant has not answered or appeared in this action.

**NOW**, pursuant to F. R. Civ. P. Rule 41(a)(1) Plaintiff now dismisses this action without prejudice and without costs and dismisses its attachment of Defendant's funds at all garnishee banks including Bank of America.

Dated: July 1, 2008

                              BLANK ROME LLP

                              By: *[signature]*
                              Jeremy J.O. Harwood.
                              405 Lexington Avenue
                              The Chrysler Building
                              New York, NY 10174
                              Tel: (212) 885-5000
                              Fax: (212) 885-5001
                              jharwood@blankrome.com
                                *Attorneys for Plaintiff*

TO:
Barry Glickman, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York NY 10022
bglickman@zeklaw.com
    *Attorneys for Bank of America*

129961.00601/6651100v.1

**SO ORDERED.** The Clerk of Court is directed to withdraw any pending motions in this action and to close this case.

**SO ORDERED.**

7-2-08

Victor Marrero, U.S.D.J.